STAHL'S CORNER ASSOCIATES *v.*
WILLIAM KOROLYSHUN ET AL.
(11453)

FOTI, HEIMAN and SCHALLER, Js.

Argued March 30—decision released April 20, 1993

*John B. Oestreicher,* for the appellant (plaintiff).

*James E. Sheehy,* for the appellee (named defendant).

*Kevin W. Conon,* for the appellee (defendant Carmen Sicilia).

PER CURIAM. The judgment is affirmed.